IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES MCCONICO, #117395, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-314-TFM-N |
| | ) |
| MARY COOK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

Pending before the Court are three separate Reports and Recommendations filed by the Magistrate Judge. *See* Docs. 38, 50, 52. The Court will address each in turn.

On July 16, 2021, the Magistrate Judge entered a report and recommendation which recommends Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 32), Motion to Add Defendant Deputy Warden Monica McCoy and Mail Clerk Blakely (Doc. 33), and the Motion for Preliminary Injunction (Doc. 34) be denied. *See* Doc. 38. Plaintiff filed objections on August 5, 2021 and supplemental objections on August 6, 2021. *See* Docs. 45, 46. Having reviewed the objections, the Court finds they are without merit and therefore **OVERRULED**. Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge (Doc. 38) is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 32), Motion to Add Defendant Deputy Warden Monica McCoy and Mail Clerk Blakely (Doc. 33), and the Motion for Preliminary Injunction (Doc. 34) are all **DENIED**.

Next, on September 29, 2021, the Magistrate Judge entered a report and recommendation

which recommends Plaintiff's Motion for Leave to File Amended Complaint (Doc. 39) and Motion to Add Defendants (Doc. 41) be denied. *See* Doc. 50. No objections were filed. Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge (Doc. 50) is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 39) and Motion to Add Defendants (Doc. 41) are **DENIED**.

Also on September 29, 2021, the Magistrate Judge entered a report and recommendation that Plaintiff's second Motion for Preliminary Injunction (Doc. 40) be denied as moot. *See* Doc. 52. No objections were filed. Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge (Doc. 52) is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Plaintiff's Motion for Preliminary Injunction (Doc. 40) is **DENIED as moot**.

**DONE** and **ORDERED** this 17th day of November, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE