IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES MCCONICO, JR., AIS #117395 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:20-cv-314-TFM-N |
| ) | |
| MARY COOK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION AND ORDER**

On August 15, 2022, the Magistrate Judge entered a report and recommendation which recommends the Defendants' motions for summary judgment be granted. *See* Doc. 77. No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** and the Defendants' motions for summary judgment are **GRANTED**.

A separate final judgment will be entered pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 8th day of September, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE